[No. 3960–1. Division One. January 3, 1978.]

THE CITY OF SEATTLE, *Respondent*, v. JOSEPH S. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 71696, William C. Goodloe, J., entered July 2, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4308–1. Division One. January 3, 1978.]

WAYNE HARVEY ODOM, *Appellant*, v. CLAUDIA ODOM, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 655157, Howard J. Thompson, J., entered November 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4431–1. Division One. January 3, 1978.]

THE CITY OF SEATTLE, *Respondent*, v. JACK H. RICHLEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 755100, Horton Smith, J., entered December 22, 1975. *Affirmed* by unpublished per curiam opinion.